# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOSE ACOSTA, | Case No. 1:17-cv-00911-DAD-SAB |
|---|---|
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS AND VACATING PENDING MATTERS AND DATES |
| v. | |
| DENNIS L. SIMONIAN, et al., | DEADLINE: NOVEMBER 3, 2017 |
| Defendants. | |

On October 2, 2017, Plaintiff filed a notice informing the Court that the parties have reached settlement resolving this action. (ECF No. 9.)

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. Plaintiff shall file dispositional documents on or before November 3, 2017.

IT IS SO ORDERED.

Dated: **October 2, 2017**

UNITED STATES MAGISTRATE JUDGE

1